JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HAYS GROUP, INC., <br><br>                Plaintiff, <br><br>    v. <br><br>ARLENE CAMPOS, <br><br>                Defendant. | Case No.: ED CV 17-2272-DMG (SHKx) <br><br>**JUDGMENT** |

This Court having granted in part and denied in part Plaintiff's motion for summary judgment on March 15, 2018,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff The Hays Group, Inc. ("Plaintiff") and against Defendant Arlene Campos ("Defendant") on Plaintiff's causes of action for declaratory and injunctive relief.

IT IS FURTHER ORDERED that:

1. The American Arbitration Association is the exclusive forum for Defendant to raise her employment-related claims against Plaintiff, pursuant to the

terms of the parties' Confidentiality and Non-Solicitation Agreement. Accordingly, the JAMS arbitration forum has no jurisdiction over the dispute. The foregoing is a judicial declaration issued pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 *et seq.* and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*

2. Defendant is permanently enjoined from participating in the JAMS arbitration styled *Arlene Campos v. The Hays Companies* (JAMS Reference No. 1200053683).

3. This Court retains jurisdiction over this action for the purpose of implementing and enforcing this Judgment. The Order to Show Cause dated March 8, 2018 is discharged. [Doc. # 28.]

**IT IS SO ORDERED.**

DATED: March 15, 2018

                                    DOLLY M. GEE
                         UNITED STATES DISTRICT JUDGE